1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                              **SOUTHERN DISTRICT OF CALIFORNIA**

10    JOHN DANIEL CLARK, an individual,              CASE NO. 05 CV 1119 JM (AJB)

11                                        Plaintiff,    **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION**
             vs.

12    HEMOLIFE MEDICAL, INC., a Delaware

13    Corporation, formerly known as VIVOSYS, Inc.;
      CRAIG ROBERTS, an individual; RUDOLPH

14    SHEPARD, an individual; LON STONE, an
      individual; and DOES 1 to 100, inclusive,

15                                       Defendants.

16

17          The court **GRANTS** the parties' joint motion for dismissal of this action. See Docket No. 62.

18    As requested in the joint motion, the court will retain jurisdiction to enforce the terms of the joint

19    motion. Id. at 4. However, the court will not enforce the parties' stipulation to the jurisdiction of this

20    court for the resolution of any disputes arising from the same. Id. As this case has now settled in its

21    entirety, the clerk is **ORDERED** to terminate it.

22          **IT IS SO ORDERED.**

23    DATED:  December 28, 2006

24                                                    _____
                                                      Hon. Jeffrey T. Miller
25                                                    United States District Judge

26    cc: All Parties

27

28

                                                                               05cv1119